```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                        NORTHERN DIVISION


CHARLES JAMES SEWELL,             :
                                  :
      Plaintiff,                  :
                                  :
vs.                               :
                                  :    CIVIL ACTION 12-0761-M
CAROLYN W. COLVIN,                :
Commission of Social Security,    :
                                  :
      Defendant.                  :
```

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Charles James Sewell and against Defendant Carolyn W. Colvin.

DONE this 31st day of July, 2013.


                                   s/BERT W. MILLING, JR.
                                   UNITED STATES MAGISTRATE JUDGE