IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES JAMES SEWELL, | : |
| Plaintiff, | : |
| vs. | : |
| | : CIVIL ACTION 12-0761-M |
| CAROLYN W. COLVIN, | : |
| Commission of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Charles James Sewell and against Defendant Carolyn W. Colvin.

DONE this 31st day of July, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE