IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES JAMES SEWELL, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 12-0761-M
:
CAROLYN W. COLVIN, :
Social Security Commissioner, :
:
    Defendant. :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Plaintiff Charles James Sewell and against Defendant Carolyn W. Colvin. It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $3,741.90.

DONE this 18th day of November, 2013.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE