```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

```
CHARLES JAMES SEWELL,              :
                                   :
     Plaintiff,                    :
                                   :
vs.                                :     CIVIL ACTION 12-0761-M
                                   :
CAROLYN W. COLVIN,                 :
Commission of Social Security,     :
                                   :
     Defendant.                    :
```

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Plaintiff's Attorney, Darryl W. Hunt, and that he be **AWARDED** a fee of $17,575.75 for his services before this Court.  It is further **ORDERED** that Hunt pay Plaintiff the sum of $3,741.90, representing the fee previously awarded to Sewell pursuant to the Equal Access to Justice Act (hereinafter *EAJA*).

DONE this 21st day of July, 2015.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```